UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ENPHASE ENERGY, INC. 2025
STOCKHOLDER DERIVATIVE
LITIGATION

Case No. 24-cv-09532-JST

**ORDER ON MOTIONS TO
INTERVENE**

Re: ECF Nos. 29, 43

This case is a derivative action to a related securities class action currently pending in this court, captioned *Trustees of the Welfare and Pension Funds of Local 464A Pension Fund v. Enphase Energy, Inc., et al.*, No. 4:24-cv-09038 (the "Securities Class Action"). On May 8, 2025, this Court entered an order staying this case until the earlier of: (1) the dismissal of the Securities Class Action; or (2) the denial of any motion to dismiss the Securities Class Action and lifting of the stay of that action pursuant to the Private Securities Litigation Reform Act of 1995; or (3) termination of the stay by any party. ECF No. 27.

Before the Court are two motions for permissive intervention. In the first motion, Ahmed Ibrahim seeks to intervene to be appointed as lead plaintiff. ECF No. 29. In the second, Edwin Isaac and Edna Martin seek to intervene to argue that the existing leadership order should not be disturbed. ECF No. 43. No party or proposed intervenor has explained why the Court should resolve the leadership dispute before the stay is lifted, *see, e.g.*, ECF No. 42 at 20, nor has any party moved to lift the stay. It is within the Court's broad discretion to grant a stay of litigation or to deny permissive intervention. *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979); *Orange County v. Air Cal.*, 799 F.2d 535, 539 (9th Cir. 1986).

To conserve the resources of the Court and the parties, the Court declines to lift the stay,

grant intervention, and adjudicate leadership.  Both motions are administratively terminated. Within seven days of the lifting of the stay in this case, the parties and proposed intervenors shall file a statement containing joint or competing proposals regarding how this case should proceed, including whether, and, if so, when, the Court should resolve the intervention motions terminated in this order.

**IT IS SO ORDERED.**

Dated:  April 9, 2026



JON S. TIGAR
United States District Judge