Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Email: rmoest@gmail.com

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE ENPHASE ENERGY, INC. 2025 STOCKHOLDER DERIVATIVE LITIGATION

This Document Relates to:
ALL ACTIONS

Lead Case No. 4:24-cv-09532-JST

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STAYING DERIVATIVE ACTION**

Plaintiffs Abdul Hirani ("Hirani") and Greg Hanowski ("Hanowski," and together with Hirani, "Plaintiffs") in this consolidated shareholder derivative action (the "Action"), defendants Badrinarayanan Kothandaraman, Raghuveer Belur, Steven J. Gomo, Jamie Haenggi, Benjamin Kortlang, Joseph Malchow, Richard Mora, and Thurman John Rodgers (the "Individual Defendants"), and nominal defendant Enphase Energy, Inc. ("Enphase" or the "Company" and, with the Individual Defendants, "Defendants," and Defendants with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows, and jointly request that the Court enter the below Order approving this Stipulation:

**WHEREAS**, on May 8, 2025, the Court entered an order pursuant to the Parties' stipulation to stay the Action until the earlier of: (1) the dismissal of the related securities class action, captioned *Trustees of the Welfare and Pension Funds of Local 464A Pension Fund v. Enphase Energy, Inc. et al.*, Case No. 4:24-cv-09038-JST (the "Securities Class Action") also pending in this Court, including conclusion of any appeals; (2) the denial of any motion to dismiss the Securities Class Action and lifting of the stay of that action pursuant to the Private Securities Litigation Reform Act of 1995; or (3) termination of the stay by any party in the Action (the "Stay Order")(ECF No. 27);

**WHEREAS,** on April 28, 2026, the Court in the Securities Class Action found that disposition of defendants' "Motion to Dismiss Lead Plaintiff's First Amended Consolidated Complaint for Violations of the Federal Securities Laws" was suitable for disposition without oral argument (Securities Class Action, ECF No. 95);

**WHEREAS**, a decision on the pending motion to dismiss the Securities Class Action has not yet been entered, but the Parties agree that the ultimate resolution of proceedings in the Securities Class Action would impact and inform the manner in which this Action proceeds;

**WHEREAS**, in an effort to proceed in the most efficient manner, the Parties agree that this Action should therefore continue to be stayed until the final resolution of the Securities Class Action, including the exhaustion of any appeals;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties through their undersigned counsel of record and subject to approval of the Court, as follows:

1. This Action, including all deadlines and hearings, shall continue to be stayed pursuant to the terms of the Stay Order pending final resolution of the Securities Class Action, including the exhaustion of any and all appeals, subject to paragraph 3 of the Stay Order;

2. By entering this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants continue to preserve all rights, objections, arguments, and defenses, including but not limited to *forum non conveniens*, improper venue, jurisdiction, and any defenses under Federal Rules of Civil Procedure 12(b) and 23.1, as well as any and all other procedural or substantive challenges to the Action or any other complaint.

Dated: June 4, 2026

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By */s/ Robert C. Moest*

Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard
Second Floor
Santa Monica, CA 90403
T: (310) 915-6628
F: (310) 915-9897
Email: RMoest@aol.com

Saadia Hashmi (*pro hac vice*)
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
T: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Alex J. Tramontano
91 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
T: (760) 406-5746
Email: ajt@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Betsy C. Manifold
Rachele R. Byrd
750 B Street, Suite 1820

San Diego, CA 92101
Telephone: (619) 239-4599
Fax: (619) 234-4599
Email: manifold@whafh.com
Email: byrd@whafh.com

*Additional Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

By */s/ Daniel R. Gherardi*
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400
Email: colleen.smith@lw.com

Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
T: (650) 328-4600
Email: daniel.gherardi@lw.com

Thomas J. Giblin (*pro hac vice pending*)
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200
Email: thomas.giblin@lw.com

*Attorney for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 10, 2026

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE